UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| Y. G. HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:25-CV-093-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK BISIGNANO, *Commissioner of Social Security*, | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** as follows:

1. The final decision of the Commissioner is **AFFIRMED**.
2. This is a **FINAL** Judgment, and this matter is **STRICKEN** from the Court's active docket.

This the 25th day of August, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY